IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DANIEL NOTESTEIN, )<br>BLOCKTRADES INTERNATIONAL, LTD., )<br>ANDREW CHANEY, )<br>SZYMON LAPINSKI, )<br>ADAM DODSON, )<br>ELMER LIN, )<br>DANIEL HENSLEY, )<br>MICHAEL WOLF, )<br>MATHIEU GAGNON, and )<br>MARTIN LEES )<br>)<br>    Plaintiffs )<br>)<br>v. )<br>)<br>BITTREX, INC., )<br>and )<br>J. DOE )<br>)<br>    Defendants ) | Civil Action No.: 7:20cv00342 |

**DISCLOSURE STATEMENT OF BLOCKTRADES INTERNATIONAL, LTD.**

Now Comes BlockTrades International, Ltd., and discloses, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, that no parent corporation of other publicly held corporation owns any of its stock.

Respectfully submitted this 16th day of June, 2020,

BLOCKTRADES INTERNATIONAL, LTD.

By:  __s/Michelle C. F. Derrico_____
      Of Counsel

Michelle C. F. Derrico, Esq. (VSB 34037)
Richard L. Derrico, Esq. (VSB 33442)
Copenhaver, Ellett & Derrico
30 Franklin Road, SW, Suite 200
Roanoke, VA  24011
(540) 343-9349
(540) 342-9258 facsimile
michelle@cecd.roacoxmail.com
rick@cecd.roacoxmail.com
    Counsel for the Plaintiffs