IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

DANIEL NOTESTEIN, BLOCKTRADES
INTERNATIONAL, LTD., ANDREW
CHANEY, SZYMON LAPINSKI, ADAM
DODSON, ELMER LIN, DANIEL HENSLEY,
MICHAEL WOLF, MATHIEU GAGNON, and
MARTIN LEES,

                      Plaintiffs/Counter-Defendants,

  v.

BITTREX, INC.,

                      Defendant/Counter-Plaintiff

J. DOES, and

                      Defendants

STEEMIT, INC.

                      Third-Party Defendant

Civil Action No. 7:20CV00342

## MOTION TO DEPOSIT DISPUTED CRYPTOCURRENCY INTO THE COURT REGISTRY

Defendant/Counter-Plaintiff Bittrex Inc. ("Bittrex"), by counsel, pursuant to 28 U.S.C. § 1335(a)(2) and Federal Rule of Civil Procedure 67, files this Motion to Deposit Cryptocurrency into the Court Registry to allow Bittrex to deposit certain Steem and Steem-Backed Dollars, two types of cryptocurrencies, into the court registry. For the reasons set forth in the accompanying memorandum, Bittrex respectfully requests that the Court grant its Motion and accept the Disputed Steem from Bittrex and allow it to be deposited into the court registry, such that Bittrex can be dismissed from a dispute in which it has no interest.

Respectfully submitted,

**BITTREX, INC.**

By:/s J. Benjamin Rottenborn
        Of Counsel

Gregory J. Hollon, WSBA No. 26311
*(pro hac vice pending)*
Claire Martirosian, WSBA No. 49528
*(pro hac vice pending)*
McNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101
Phone: (206) 467-1816
Fax:    (206) 624-5128
ghollon@mcnaul.com
cmartirosian@mcnaul.com


J. Benjamin Rottenborn (VSB No. 84796)
WOODS ROGERS PLC
P.O. Box 14125
10 South Jefferson Street, Suite 1400
Roanoke, Virginia 24011
Telephone: (540) 983-7540
brottenborn@woodsrogers.com

*Counsel for Defendant Bittrex, Inc.*

**CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that a true and correct copy of the foregoing was served via the CM/ECF system on the individuals listed below on August 4, 2020:

    Michelle C. F. Derrico, Esq. (VSB 34037)
    Richard L. Derrico, Esq. (VSB 33442)
    Copenhaver, Ellett & Derrico
    30 Franklin Road, SW, Suite 200
    Roanoke, VA 24011
    (540) 343-9349
    (540) 342-9258 Facsimile
    michelle@cecd.roacoxmail.com
    rick@cecd.roacoxmail.com

        *Counsel for Plaintiffs*

                        /s J. Benjamin Rottenborn
                        Counsel for Defendant

WOODS ROGERS PLC
ATTORNEYS AT LAW