**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | |
|---|---|
| DANIEL NOTESTEIN, BLOCKTRADES INTERNATIONAL, LTD., ANDREW CHANEY, SZYMON LAPINSKI, ADAM DODSON, ELMER LIN, DANIEL HENSLEY, MICHAEL WOLF, MATHIEU GAGNON, and MARTIN LEES, | |
| Plaintiffs/Counter-Defendants, | |
| v. | Civil Action No. 7:20CV00342 |
| BITTREX, INC., | |
| Defendant/Counter-Plaintiff | |
| J. DOES, and | |
| Defendants | |
| STEEMIT, INC. | |
| Third-Party Defendant | |

**DECLARATION OF KEVIN HAMILTON IN SUPPORT OF
BITTREX, INC.'S MOTION TO DEPOSIT DISPUTED CRYPTOCURRENCY INTO
THE COURT REGISTRY**

I, Kevin Hamilton, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am over the age of eighteen, and I submit this declaration in support of Bittrex, Inc.'s Motion to Deposit Disputed Cryptocurrency into the Court Registry. I have personal knowledge of each fact stated in this declaration and, if called as a witness, I could and would competently and truthfully testify thereto.

2. I am the Customer Support Operations ("CSOPS") Compliance Manager at Bittrex, Inc. ("Bittrex"). I hold a bachelor's degree in Business Administration with a specialization in finance, as well as a Master of Business Administration degree.  Prior to

working at Bittrex, I worked for approximately 10 years in regulatory and compliance positions. I have been employed as the CSOPS Compliance Manager for approximately 19 months.

3. As part of my role at Bittrex, I responded to the support tickets filed by certain Plaintiffs following the transfer of 23,627,501 Steem and 427 Steem Backed Dollars on the Steem blockchain from the "community321" account to Bittrex's Steem wallet.

4. Certain Plaintiffs submitted these support tickets through Bittrex's support ticket system, available at https://bittrex.zendesk.com/hc/en-us and the support ticket system of Bittrex's affiliate, Bittrex Global GmbH, available at https://bittrexglobal.zendesk.com/hc/en-us.

5. Through these support tickets, certain Plaintiffs claimed ownership of at least 6,999,300 of the Steem and 250 of the Steem Backed Dollars (collectively, the "Disputed Steem") transferred to Bittrex by the "community321" account. However, because only some of the Plaintiffs filed support tickets, Bittrex currently does not know what portion of the total 23,627,501 Steem and 427 Steem Backed Dollars are claimed by Plaintiffs.

6. Given that the Disputed Steem was transferred as a result of the actions of a purported hacker and there is a dispute as to whether the Disputed Steem was stolen, Bittrex informed the Plaintiffs that filed support tickets that, pursuant to its pre-existing policy, Bittrex will not release the Disputed Steem until it receives (a) a settlement agreement signed by all parties asserting a claim to the Disputed Steem, or (b) a valid and final court order or order from law enforcement demanding release of the Disputed Steem.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 4th day of August, 2020 at Seattle, Washington.

By: _See attached_
Kevin Hamilton

WOODS ROGERS PLC
ATTORNEYS AT LAW

working at Bittrex, I worked for approximately 10 years in regulatory and compliance positions. I have been employed as the CSOPS Compliance Manager for approximately 19 months.

3. As part of my role at Bittrex, I responded to the support tickets filed by certain Plaintiffs following the transfer of 23,627,501 Steem and 427 Steem Backed Dollars on the Steem blockchain from the "community321" account to Bittrex's Steem wallet.

4. Certain Plaintiffs submitted these support tickets through Bittrex's support ticket system, available at https://bittrex.zendesk.com/hc/en-us and the support ticket system of Bittrex's affiliate, Bittrex Global GmbH, available at https://bittrexglobal.zendesk.com/hc/en-us.

5. Through these support tickets, certain Plaintiffs claimed ownership of at least 6,999,300 of the Steem and 250 of the Steem Backed Dollars (collectively, the "Disputed Steem") transferred to Bittrex by the "community321" account. However, because only some of the Plaintiffs filed support tickets, Bittrex currently does not know what portion of the total 23,627,501 Steem and 427 Steem Backed Dollars are claimed by Plaintiffs.

6. Given that the Disputed Steem was transferred as a result of the actions of a purported hacker and there is a dispute as to whether the Disputed Steem was stolen, Bittrex informed the Plaintiffs that filed support tickets that, pursuant to its pre-existing policy, Bittrex will not release the Disputed Steem until it receives (a) a settlement agreement signed by all parties asserting a claim to the Disputed Steem, or (b) a valid and final court order or order from law enforcement demanding release of the Disputed Steem.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 4th day of August, 2020 at Seattle, Washington.

By: /s/ Kevin Hamilton
Kevin Hamilton