DECLARATION OF ANDREW CHANEY

I, <u>Andrew Chaney</u>, state under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am the owner of Steem and Steem Bank Dollars that were confiscated and placed in the community321 account.

2. I also have an account with Bittrex, Inc.

3. Daniel Notestein, acting on my behalf, has provided Bittrex, Inc. with proof of ownership of my portion of the community321 account.

4. I was not involved in the transfer of the community321 funds to Bittrex, Inc.

5. I do not know who transferred the community321 funds to Bittrex, Inc.

6. Had I been involved with the transfer, I would have included a memo identifying the owners of the original accounts. In the alternative, I would have recommended moving the funds into an account controlled by myself or another plaintiff.

EXECUTED on this __17__ day of August, 2020.

_____
Andrew Chaney