# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

DANIEL NOTESTEIN, BLOCKTRADES INTERNATIONAL, LTD., ANDREW CHANEY, SZYMON LAPINSKI, ADAM DODSON, ELMER LIN, DANIEL HENSLEY, MICHAEL WOLF, MATHIEU GAGNON, and MARTIN LEES,

        Plaintiffs/Counter-Defendants,

v.

BITTREX, INC., and

        Defendant/Counter-Plaintiff and Counter-Defendant,

J. DOES,

        Defendants.

------------------------------------------------------

BITTREX, INC.,

        Defendant/Counter-Plaintiff and Counter-Defendant,

v.

STEEMIT, INC.,

        Third-Party Defendant/Counter- and Third-Party Plaintiff.

------------------------------------------------------

STEEMIT, INC.,

        Third-Party Defendant/Counter- and Third-Party Plaintiff,

v.

BITTREX, INC.,

        Defendant/Counter-Plaintiff and Counter-Defendant, and

JOHN DOES 1-10,

        Third-Party Defendants.

Civil Action No.: 7:20CV00342

## NOTICE OF APPEARANCE OF MICHAEL S. DICKE

COMES NOW Michael S. Dicke of Fenwick & West LLP and notes his appearance as counsel *pro hac vice* in the above-referenced matter on behalf of Third-Party Defendant/Counter- and Third-Party Plaintiff Steemit, Inc. The undersigned respectfully requests that the Court, and all parties hereto, take note of this appearance and further requests ECF/PACER notifications from the Court on matters concerning the case.

Dated:   October 22, 2020            Respectfully submitted,

**STEEMIT, INC.**

By:  /s/ Michael S. Dicke

Michael S. Dicke (Cal. Bar No. 158187)
(admitted *pro hac vice*)
Catherine Kevane (Cal. Bar No. 215501)
(admitted *pro hac vice*)
Jennifer C. Bretan (Cal. Bar. No. 233475)
(admitted *pro hac vice*)
Casey O'Neill (Cal. Bar No. 264406)
(admitted *pro hac vice*)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94114
Telephone: (415) 875-2300
Fax: (415) 281-1350
mdicke@fenwick.com
ckevane@fenwick.com
jbretan@fenwick.com
coneill@fenwick.com

Michael J. Finney (VSB No. 78484)
GENTRY LOCKE
10 Franklin Road S.E., Suite 900
P.O. Box 40013
Roanoke, Virginia 24022-0013
Phone: (540) 983-9300
Fax: (540) 983-9400
finney@gentrylocke.com

*Counsel for Steemit, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of October 2020, a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which provided electronic service to all counsel of record.

                                                                          /s/ Michael S. Dicke