# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

**DANIEL NOTESTEIN, et al**

vs.

**BITTREX, INC., et al**

Action No:   7:20-cv-00342
Date:   02/23/2021
Judge:   Hon. Glen Conrad
Court Reporter:   Mary Butenschoen
Deputy Clerk:   Susan Moody

Plaintiff Attorney(s)

Michelle Derrico, Esq.

Defendant Attorney(s)

Greg Hollon, Esq.     Bittrex Inc.
Ben Rottenborn, Esq.
Claire Martirosian, Esq.

Michael Finney, Esq.    Steemit, Inc.
Michael Dicke, Esq.
Casey O'Neill, Esq.
Jennifer Bretan, Esq.

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

None

DEFENDANT:

None

PROCEEDINGS:
Parties present through counsel by telephone for follow-up on interpleader discussions between counsel.   Comments re: alternatives, and scheduling by all parties and court.   Order to follow.

Time in Court:   1:00-1:26 pm   26 mins.