IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DANIEL NOTESTEIN, BLOCKTRADES INTERNATIONAL, LTD., ANDREW CHANEY, SZYMON LAPINSKI, ADAM DODSON, ELMER LIN, DANIEL HENSLEY, MICHAEL WOLF, MATHIEU GAGNON, and MARTIN LEES, <br><br> Plaintiffs/Counter-Defendants, <br><br> v. <br><br> BITTREX, INC., <br><br> Defendant/Counter-Plaintiff, <br><br> J. DOES, and <br><br> Defendants, <br><br> STEEMIT, INC., <br><br> Third-Party Defendant. | Civil Action No. 7:20CV00342 <br><br> **ORDER** <br><br> By: Hon. Glen E. Conrad <br> Senior United States District Judge |

Defendant Bittrex, Inc., has filed a motion to deposit disputed cryptocurrency into the court registry. For the reasons discussed during the court's February 11, 2021, correspondence with the parties and during the February 23, 2021, teleconference hearing, it is hereby

**ORDERED**

that the motion (ECF No. 14) is **DENIED WITHOUT PREJUDICE**.

The Clerk is directed to send copies of this order to all counsel of record.

DATED: This 23rd day of February, 2021.

_____
Senior United States District Judge