IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

DANIEL NOTESTEIN, BLOCKTRADES
INTERNATIONAL, LTD., ANDREW
CHANEY, SZYMON LAPINSKI, ADAM
DODSON, ELMER LIN, DANIEL HENSLEY,
MICHAEL WOLF, MATHIEU GAGNON, and
MARTIN LEES,

                Plaintiffs/Counter-Defendants,

v.

BITTREX, INC.,

                Defendant/Counter-Plaintiff

J. DOES, and

                Defendants

STEEMIT, INC.

                Third-Party Defendant

Civil Action No. 7:20CV00342

## MOTION FOR APPROVAL OF INTERPLEADER BOND AND JUDGMENT OF INTERPLEADER

Defendant/Counter-Plaintiff Bittrex, Inc. ("Bittrex"), by and through undersigned counsel, files this Motion for Approval of Interpleader Bond and Entry of Interpleader Judgment. For the reasons set forth in the accompanying memorandum, Bittrex respectfully requests that this Court enter an order: (1) approving Bittrex's proposed Interpleader Bond, in lieu of depositing cash or other property into the registry of the Court; (2) discharging Bittrex with prejudice from all liability arising out of or in connection with the Disputed Steem and further participation in this action; and (3) enjoining all persons and parties from instituting against Bittrex any action or further prosecuting any existing action in any state court or in any Court of

the United States or in any other tribunal arising from, relating to, or concerning the Disputed Steem.

DATED this 12th day of March, 2021.

Respectfully submitted,

WOODS ROGERS PLC

J. Benjamin Rottenborn (VSB No. 84796)
10 South Jefferson Street, Suite 1400
Roanoke, Virginia 24011
Phone: (540) 983-7540
brottenborn@woodsrogers.com

AND

McNAUL EBEL NAWROT & HELGREN PLLC

By: s/ Claire Martirosian
Gregory J. Hollon, *Pro Hac Vice*
Claire Martirosian, *Pro Hac Vice*
600 University Street, Suite 2700
Seattle, Washington 98101
Phone: (206) 467-1816
ghollon@mcnaul.com
cmartirosian@mcnaul.com

*Counsel for Defendant Bittrex, Inc.*

**CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that a true and correct copy of the foregoing was served via the CM/ECF system on the individuals listed below on March 12, 2021:

Michelle C. F. Derrico, Esq. (VSB 34037)
Richard L. Derrico, Esq. (VSB 33442)
Copenhaver, Ellett & Derrico
30 Franklin Road, SW, Suite 200
Roanoke, VA 24011
(540) 343-9349
(540) 342-9258 Facsimile
michelle@cecd.roacoxmail.com
rick@cecd.roacoxmail.com

*Counsel for Plaintiffs*

                                          By: s/ Claire Martirosian
                                                Claire Martirosian, *Pro Hac Vice*
                                                *Counsel for Defendant Bittrex, Inc.*