IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

DANIEL NOTESTEIN, BLOCKTRADES
INTERNATIONAL, LTD., ANDREW
CHANEY, SZYMON LAPINSKI, ADAM
DODSON, ELMER LIN, DANIEL HENSLEY,
MICHAEL WOLF, MATHIEU GAGNON, and
MARTIN LEES,

        Plaintiffs/Counter-Defendants,

v.

BITTREX, INC.,

        Defendant/Counter-Plaintiff

J. DOES, and

        Defendants

STEEMIT, INC.

        Third-Party Defendant

Civil Action No. 7:20CV00342

### ORDER ON MOTION FOR APPROVAL OF INTERPLEADER BOND AND JUDGMENT OF INTERPLEADER

Defendant Bittrex, Inc. has filed a motion for approval of interpleader bond and judgment of interpleader. Having reviewed Defendant's motion, and for the reasons stated therein, IT IS HEREBY ORDERED that:

(1) Bittrex's Motion for Approval of Interpleader Bond and Judgment of Interpleader is GRANTED;

(2) The Interpleader Bond proposed by Bittrex is proper and APPROVED by the Court pursuant to 28 U.S.C. § 1335(a)(2);

(3) Bittrex is ORDERED to release and return the Undisputed Steem to Third-Party Defendant Steemit, Inc.;

(4) Bittrex is DISCHARGED with PREJUDICE from all liability arising out of or in connection with the Disputed Steem claimed by Plaintiffs and further participation in this action;

(5) Bittrex is ORDERED to remain subject to the Court's jurisdiction for purposes of effectuating the interpleader remedy and following the Court's ultimate direction regarding disbursement of the Disputed Steem claimed by Plaintiffs;

(6) The Court HEREBY ENJOINS all persons or parties from instituting against Bittrex any action or further prosecuting any existing action in any state court or in any Court of the United States or in any other tribunal arising from, relating to, or concerning the Disputed Steem claimed by Plaintiffs;

(7) Bittrex is entitled to seek all reasonable attorney's fees and costs associated with this Motion from Plaintiffs.

United States District Court

WOODS ROGERS PLC
ATTORNEYS AT LAW