# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

DANIEL NOTESTEIN, BLOCKTRADES INTERNATIONAL, LTD., ANDREW CHANEY, SZYMON LAPINSKI, ADAM DODSON, ELMER LIN, DANIEL HENSLEY, MICHAEL WOLF, MATHIEU GAGNON, and MARTIN LEES,

      Plaintiffs/Counter-Defendants,

v.

BITTREX, INC.,

      Defendant/Counter-Plaintiff

J. DOES, and

      Defendants

STEEMIT, INC.

      Third-Party Defendant

Civil Action No. 7:20CV00342

**SUPPLEMENTAL DECLARATION OF KEVIN HAMILTON IN SUPPORT OF BITTREX, INC.'S MOTION FOR APPROVAL OF INTERPLEADER BOND AND JUDGMENT OF INTERPLEADER**

    I, KEVIN HAMILTON, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

    1.    I am over the age of eighteen, and I submit this declaration in support of Bittrex, Inc.'s Reply Re Motion to Deposit Disputed Cryptocurrency into the Court Registry. I have personal knowledge of each fact stated in this declaration and, if called as a witness, I could and would competently and truthfully testify thereto.

    2.    I am the Senior Support Manager at Bittrex, Inc. ("Bittrex"). I hold a bachelor's degree in Business Administration with a specialization in finance, as well as a Master of

Business Administration degree. Prior to working at Bittrex, I worked for approximately 10 years in regulatory and compliance positions.

3. Based on my experience as a Bittrex employee, I understand that, on May 20, 2020, an unknown person purporting to be a hacker transferred 23,627,501 Steem and 427 Steem Backed Dollars on the Steem blockchain from the "community321" account to Bittrex's Steem wallet. I further understood that this transfer took place after a contentious "hard fork" on the Steem "blockchain." Following the hard fork and the hack, I and others at Bittrex expected that there would be a dispute over the ownership of those units of Steem and Steem Backed Dollars.

4. As part of my role at Bittrex, I responded to the support tickets and other correspondence submitted by persons claiming ownership to 23,627,501 Steem and 427 Steem Backed Dollars.

5. On May 22, 2020, two days after the transfer, I was contacted by several individuals who stated that the Steem had been stolen from the "community321" account and that the funds should be returned to a new account held by the Steem community.

6. Separately, I responded to support tickets filed by the Plaintiffs, who also claimed ownership to portions of the 23,627,501 Steem and 427 Steem Backed Dollars.

7. I also responded to several additional claimants making claims similar to Plaintiffs, but who are not parties to this lawsuit. According to a spreadsheet that plaintiff Daniel Notestein previously provided to Bittrex, the amounts at issue for the Steem over which these non-Plaintiff claimants claim ownership is approximately 406,752 Steem and 2.542 Steem Backed Dollars, though the amounts listed on the Steem blockchain differ slightly from this total.

8. Accordingly, facing competing claims to the Disputed Steem and given various complexities involved with blockchain technology and with the ownership and transfer of the Disputed Steem, I and others at Bittrex dedicated time and resources in the weeks following the hack to determining who the adverse claimants were, the nature of their claim to the Disputed Steem, and the amount of the Steem/Steem-Backed Dollars actually in dispute.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 29th day of March, 2021 at  Seattle, Washington          .

By  *kevin Hamilton*  _____
   KEVIN HAMILTON

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and correct copy of the foregoing was served via the CM/ECF system on the individuals listed below on March 29, 2021:

Michelle C. F. Derrico, Esq. (VSB 34037)
Richard L. Derrico, Esq. (VSB 33442)
Copenhaver, Ellett & Derrico
30 Franklin Road, SW, Suite 200
Roanoke, VA 24011
(540) 343-9349
(540) 342-9258 Facsimile
michelle@cecd.roacoxmail.com
rick@cecd.roacoxmail.com

*Counsel for Plaintiffs*

                      By: s/ Claire Martirosian
                            Claire Martirosian, *Pro Hac Vice*
                            *Counsel for Defendant Bittrex, Inc.*

WOODS ROGERS PLC
ATTORNEYS AT LAW