IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DANIEL NOTESTEIN, BLOCKTRADES INTERNATIONAL, LTD., ANDREW CHANEY, SZYMON LAPINSKI, ADAM DODSON, ELMER LIN, DANIEL HENSLEY, MICHAEL WOLF, MATHIEU GAGNON, and MARTIN LEES,<br><br>    Plaintiffs/Counter-Defendants,<br><br>v.<br><br>BITTREX, INC.,<br><br>    Defendant/Counter-Plaintiff,<br><br>J. DOES, and<br><br>    Defendants,<br><br>STEEMIT, INC.,<br><br>    Third-Party Defendant. | Civil Action No. 7:20CV00342<br><br>**ORDER**<br><br>By: Hon. Glen E. Conrad<br>Senior United States District Judge |

Finding good cause, it is hereby

**ORDERED**

that this case is **TRANSFERRED** to the docket of United States District Judge Elizabeth K. Dillon for all further action and proceedings.

The Clerk is directed to send a copy of this order to all counsel of record.

DATED: This 16th day of April, 2021.

_____
Senior United States District Judge