# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **Daniel Notestein, et al** | Action No:   7:20CV342 |
| | Date:   5/24/2021 |
| vs. | Judge:   Elizabeth K. Dillon |
| | Court Reporter:   L. Blair |
| **Bittrex, Inc., et al** | Deputy Clerk:   B. Davis |

| Plaintiff Attorneys | Defendant Attorneys |
|---|---|
| Michelle Derrico | Claire Martirosian |
| | Gregory Hollon |
| | John Rottenborn |
| | Michael Finney |
| | Jennifer Bretan |

PROCEEDINGS:
Hearing held on Defendant's [60] Motion for Interpleader Deposit. Argument from Counsel on Defendant's [60] Motion for Interpleader Deposit.

The Court notes Plaintiffs' [25] Motion to Dismiss for Failure to State a Claim is dismissed as moot.

The Court takes Defendant's [60] Motion for Interpleader Deposit under advisement.

Written Order forthcoming.


Time in Court:   3:00pm – 4:06pm (1 hour 6 min)