*SC-300466*

# Certificate Of Incorporation

I, **MELANIE E. RIVERS**  Assistant Registrar of Companies of the Cayman Islands
DO HEREBY CERTIFY, pursuant to the Companies Law  CAP. 22,  that all requirements of the said Law in respect of registration were complied with by

**BlockTrades International Ltd.**

an Exempted Company incorporated in the Cayman Islands with Limited Liability with effect from the 1st day of June Two Thousand Fifteen



*Given under my hand and Seal at George Town in the Island of Grand Cayman this 1st day of June Two Thousand Fifteen*



**Assistant Registrar of Companies,
Cayman Islands.**

Authorisation Code : 553458381066
www.verify.gov.ky
05 June 2015