IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DANIEL NOTESTEIN,  )<br>BLOCKTRADES INTERNATIONAL, LTD.,  )<br>ANDREW CHANEY,  )<br>SZYMON LAPINSKI,  )<br>ADAM DODSON,  )<br>ELMER LIN,  )<br>DANIEL HENSLEY,  )<br>MICHAEL WOLF,  )<br>MATHIEU GAGNON, and  )<br>MARTIN LEES  )<br>            )<br>     Plaintiffs   )<br>            )<br>v.          )<br>            )<br>BITTREX, INC.,    )<br>and          )<br>J. DOE        )<br>            )<br>     Defendants   )<br>            )<br>and          )<br>            )<br>STEEMIT, INC.    )<br>            )<br>     Third-Party Defendants )  | Civil Action No.:  7:20-cv-000342 |

**MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Now come the Plaintiffs, by counsel, and hereby move this Court for leave to amend the Complaint previously filed in this case. In support of this Motion, Plaintiffs show the following:

1. Plaintiff wishes to substitute Steemit, Inc. for J. Doe.

2. Steemit, Inc. is a party to this action by way of the Amended Counterclaim filed by Defendant Bittrex, Inc.

3. A copy of the proposed Amended Complaint is attached.

WHEREFORE, Plaintiffs respectfully request that this Court grant them leave to file the

proposed Amended Complaint.

Respectfully submitted this 14th day of June, 2021,

>DANIEL NOTESTEIN
>BLOCKTRADES INTERNATIONAL, LTD.
>ANDREW CHANEY
>SZYMON LAPINSKI
>ADAM DODSON
>ELMER LIN
>DANIEL HENSLEY
>MICHAEL WOLF
>MATHIEU GAGNON
>MARTIN LEES

By: __s/Michelle C. F. Derrico_____
      Of Counsel

Michelle C. F. Derrico, Esq. (VSB 34037)
Richard L. Derrico, Esq. (VSB 33442)
Copenhaver, Ellett & Derrico
30 Franklin Road, SW, Suite 200
Roanoke, VA  24011
(540) 343-9349
(540) 342-9258 facsimile
michelle@cecd.roacoxmail.com
rick@cecd.roacoxmail.com
    Counsel for the Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Motion for Leave to File Amended Complaint was served via CM/ECF system, which will send notification of such filing all counsel of record, this 14th day of June, 2021.

_____/s/ Michelle C. F. Derrico_____
      Of Counsel