## DECLARATION OF DONNA MITCHELL

I, Donna Mitchell, state under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am the Secretary/Treasurer of BlockTrades International, Ltd. ("BlockTrades")

2. I am licensed to practice law in the state of California, although I do not have an active practice.

3. I am the person who initiated the application of BlockTrades with the United States Patent and Trademark Office ("U.S. PTO").

4. BlockTrades is a corporation. As such, BlockTrades is a limited liability entity. BlockTrades is incorporated in the Cayman Islands and has its principal place of business in Blacksburg, Virginia.

5. When I filled out the application with the U.S. PTO, I mistook "Limited Liability Company" for "limited liability entity". BlockTrades is not a Limited Liability Company.

6. The sole shareholders of BlockTrades are myself and Daniel Notestein. Both of us are residents of Blacksburg, Virginia.

EXECUTED on this 29 day of June, 2021.

*[signature]*
Donna Mitchell