IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

DANIEL NOTESTEIN, et al.,        )
                                 )
        Plaintiffs,        )
                                 )
v.                               )     Case No. 7:20-cv-00342
                               )
BITTREX, INC., et al.,        )
                               )
        Defendants.      )

## ORDER OF SUBSTITUTION OF COUNSEL

This day came the Plaintiffs, by their counsel, on joint motion, and moved the Court to permit Paul G. Beers, Esq., and the firm of Glenn, Feldmann, Darby & Goodlatte to substitute as counsel of record in the place of Michelle C. F. Derrico, Esq., Richard L. Derrico, Esq., and the firm of Copenhaver, Ellet & Derrico.

UPON CONSIDERATION WHEREOF, and finding it proper to do so, the Court ORDERS that (1) Paul G. Beers, Esq., and the firm of Glenn, Feldmann, Darby & Goodlatte, should be and hereby are permitted to substitute as counsel of record for Plaintiffs and (2) Michelle C. F. Derrico, Esq., Richard L. Derrico, Esq., and the firm of Copenhaver, Ellet & Derrico be permitted to withdraw as counsel and are hereby relieved of any further responsibility as counsel for the Plaintiffs.

Entered: February 23, 2022.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge