| AO435 (Rev. 04/18; WDVA Rev. 11/19) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS **TRANSCRIPT ORDER FORM** | FOR COURT USE ONLY DUE DATE: |
|---|---|---|
| *Please Read Instructions on Page 2.* | | |

| 1. REQUESTOR'S INFORMATION: | NAME<br>Paul G. Beers | TELEPHONE NUMBER<br>(540) 224-8035 |
|---|---|---|
| DATE OF REQUEST<br>3/11/2022 | EMAIL ADDRESS *(Transcript will be emailed to this address.)*<br>pbeers@glennfeldmann.com | |
| MAILING ADDRESS<br>P.O. Box 2887 | | CITY, STATE, ZIP CODE<br>Roanoke, VA 24001-2887 |

| 2. TRANSCRIPT REQUESTED: | NAME OF COURT REPORTER  L. Blair<br><br>OR   CHECK HERE [ ]   IF HEARING WAS RECORDED BY FTR | |
|---|---|---|
| CASE NUMBER<br>7:20cv342 | CASE NAME<br>Notestein, et al. v. Bittrex, Inc., et al. | JUDGE'S NAME<br>Judge Dillon |
| DATE(S) OF PROCEEDING(S)<br>05/24/2021 | TYPE OF PROCEEDING(S)<br>Motion Hearing | LOCATION OF PROCEEDING<br>Roanoke |

REQUEST IS FOR: *(Select one)*   [✔] FULL PROCEEDING   OR   [ ] SPECIFIC PORTION(S) *(Must specify below)*

SPECIFIC PORTION(S) REQUESTED *(If applicable)*:

**3. SERVICE TURNAROUND CATEGORY REQUESTED:**
*(See Page 2 for descriptions of each service turnaround category.)*

[✔] Ordinary (30-Day)                     [ ] Daily
[ ] 14-Day                                [ ] Hourly
[ ] Expedited (7-Day)                     [ ] RealTime
[ ] 3-Day

**4. CERTIFICATION:** By signing below, I certify that I will pay all charges (deposit plus additional).

| DATE<br>3/11/2022 | SIGNATURE<br>/s/ Paul G. Beers |
|---|---|

If you have any questions, please contact the court reporter coordinator at (540) 857-5152 or by email to CRC@vawd.uscourts.gov.

Transcript Fee Rates can be found on our website under Standing Orders at:
http://www.vawd.uscourts.gov/media/1576/transcripts.pdf

**NOTE:** Form must be flattened prior to electronically filing in CM/ECF so that all fillable fields can no longer be modified.