IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DANIEL NOTESTEIN, BLOCKTRADES INTERNATIONAL, LTD., ANDREW CHANEY, SZYMON LAPINSKI, ADAM DODSON, ELMER LIN, DANIEL HENSLEY, MICHAEL WOLF, MATHIEU GAGNON, and MARTIN LEES, | ) ) ) ) ) ) ) | |
| Plaintiffs/Counter-Defendants, | ) ) ) | Civil Action No. 7:20-cv-00342 |
| v. | ) ) ) | By: Elizabeth K. Dillon |
| BITTREX, Inc., | ) ) | United States District Judge |
| Defendant/Counter-Plaintiff, | ) ) | |
| JOHN DOES, | ) ) | |
| Defendant, | ) ) | |
| and | ) ) | |
| STEEMIT, Inc., | ) ) | |
| Third-Party Defendant. | ) | |

**ORDER GRANTING BITTREX'S MOTION FOR APPROVAL OF INTERPLEADER BOND AND JUDGMENT OF INTERPLEADER, DENYING PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT, AND DISMISSING JOHN DOE DEFENDANTS**

For the reasons stated in the accompanying memorandum opinion, it is HEREBY ORDERED that:

1.  Bittrex, Inc.'s motion for approval of interpleader bond and judgment of interpleader (Dkt. No. 60) is GRANTED;

2. The interpleader bond proposed by Bittrex is proper and APPROVED by the court pursuant to 28 U.S.C. § 1335(a)(2). Bittrex is directed to post an interpleader bond in the amount of $3,940,276.70 no later than ten (10) days following entry of this order;

3. Bittrex is ORDERED to release and return the Undisputed Steem to third-party defendant Steemit, Inc., no later than ten (10) days following entry of this order;

4. Bittrex is DISCHARGED WITH PREJUDICE from all liability arising out of or in connection with the Disputed Steem claimed by plaintiffs and/or Steemit, Inc., and further participation in this action;

5. Bittrex is ORDERED to remain subject to the court's jurisdiction for purposes of effectuating the interpleader remedy and following the court's ultimate direction regarding disbursement of the Disputed Steem claimed by plaintiffs and Steemit, Inc.;

6. The court HEREBY ENJOINS all persons or parties from instituting against Bittrex any action or further prosecuting any existing action in any state court or in any court of the United States or in any other tribunal arising from, relating to, or concerning the Disputed Steem claimed by plaintiffs and/or Steemit Inc.;

7. Bittrex is entitled to all reasonable attorney's fees and costs associated with Bittrex's motion for approval of interpleader bond and judgment of interpleader (Dkt. No. 60) from plaintiffs in an amount to be determined by the court in the absence of agreement among the parties;

8. Plaintiffs' motion for leave to file amended complaint (Dkt. No. 74) is GRANTED IN PART and DENIED IN PART. It is granted to the extent that plaintiffs allege a conversion claim against Steemit Inc., but it is DENIED without prejudice as to any other claims against Steemit, Inc., and with prejudice as to any claims against Bittrex. Plaintiffs shall file an

amended complaint with a conversion claim only against Steemit, Inc., no later than ten (10) days following entry of this order.; and

      9.      The John Doe defendants are DISMISSED from this action.

Entered: March 30, 2022.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge