IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

DANIEL NOTESTEIN, BLOCKTRADES INTERNATIONAL, LTD., ANDREW CHANEY, SZYMON LAPINSKI, ADAM DODSON, ELMER LIN, DANIEL HENSLEY, MICHAEL WOLF, MATHIEU GAGNON, and MARTIN LEES,

        Plaintiffs/Counter-Defendants,

v.

BITTREX, INC.,

        Defendant/Counter-Plaintiff

J. DOES, and

        Defendants

STEEMIT, INC.

        Third-Party Defendant

Civil Action No. 7:20-cv-00342

## STIPULATED ORDER EXTENDING TIME FOR DEFENDANT BITTREX, INC. TO FILE MOTION FOR FEES

COME NOW the Parties, Defendant Bittrex, Inc. ("Bittrex"), and Plaintiffs Daniel Notestein, Blocktrades International, Ltd., Andrew Chaney, Szymon Lapinski, Adam Dodson, Elmer Lin, Daniel Hensley, Michael Wolf, Mathieu Gagnon and Martin Lees ("Plaintiffs"), by counsel, and stipulate to the following:

WHEREAS, the Parties are continuing to discuss a potential stipulation regarding the amount of attorney's fees and costs owed to Bittrex from Plaintiffs pursuant to this Court's Order Granting Bittrex's Motion for Approval of Interpleader Bond and Judgment of Interpleader, Denying Plaintiffs' Motion for Leave to File an Amended Complaint, and Dismissing John Doe Defendants (Dkt. No. 89), in which this Court ordered that "Bittrex is entitled to all reasonable attorney's fees and costs associated with Bittrex's motion for approval of interpleader bond and

judgment of interpleader (Dkt. No. 60) from plaintiffs in an amount to be determined by the court in the absence of agreement among the parties";

WHEREAS, the requested extension may allow the parties to avoid the need to expend resources on filings that would be unnecessary if the parties are able to reach an agreement on the amount of Bittrex's attorney's fees and costs;

WHEREAS, the Bittrex and Plaintiffs have agreed that good causes exists to postpone the deadline for Bittrex to file its motion for attorney's fees and costs; and

WHEREAS, this Stipulation will not alter any other dates or schedules previously set by this Court.

IT IS HEREBY STIPULATED AND ORDERED as follows:

(1) The deadline for Bittrex to file its motion for fees is extended from April 13, 2022 until April 29, 2022.

Entered: April 12, 2022.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge

WOODS ROGERS PLC

By: *s/ J. Benjamin Rottenborn*
J. Benjamin Rottenborn (VSB No. 84796)
10 South Jefferson Street, Suite 1400
Roanoke, Virginia 24011
Phone: (540) 983-7540
brottenborn@woodsrogers.com

AND

McNAUL EBEL NAWROT & HELGREN PLLC

By: *s/ Claire Martirosian*
Gregory J. Hollon, *Pro Hac Vice*
Claire Martirosian, *Pro Hac Vice*
600 University Street, Suite 2700
Seattle, Washington 98101
Phone: (206) 467-1816
ghollon@mcnaul.com
cmartirosian@mcnaul.com

*Counsel for Defendant Bittrex, Inc.*

GLENN FELDMANN DARBY & GOODLATTE

By: *s/ Paul Graham Beers*
Paul Graham Beers
Glenn Feldmann Darby & Goodlatte
37 Campbell Avenue, S.W.
Roanoke, VA 24011
Phone: (540) 224-8035 pbeers@glennfeldmann.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that a true and correct copy of the foregoing was served via the CM/ECF system on the individuals listed below on April 12, 2022:

Paul Graham Beers
Glenn Feldmann Darby & Goodlatte
37 Campbell Avenue, S.W.
Roanoke, VA 24011
540-224-8035
Email: pbeers@glennfeldmann.com
*Attorneys for Plaintiffs*

Michael S. Dicke
Casey O'Neill
Catherine Kevane
Jennifer C. Bretan
Fenwick & West LLP
555 California St., FL 12
San Francisco, CA 94104
415-875-2435
Email: mdicke@fenwick.com
       coneill@fenwick.com
       ckevane@fenwick.com
       jbretan@fenwick.com
*Attorneys for Third-Party Defendant Steemit, Inc.*

Michael John Finney
Gentry Locke Rakes & Moore
P.O. Box 40013
Roanoke, VA 24022-0013
540-983-9373
Email: finney@gentrylocke.com
*Attorneys for Third-Party Defendant Steemit, Inc.*

                               By: *s/ Claire Martirosian*
                                    Claire Martirosian, *Pro Hac Vice*
                                    *Counsel for Defendant Bittrex, Inc.*