# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

DANIEL NOTESTEIN, BLOCKTRADES INTERNATIONAL, LTD., ANDREW CHANEY, SZYMON LAPINSKI, ADAM DODSON, ELMER LIN, DANIEL HENSLEY, MICHAEL WOLF, MATHIEU GAGNON, and MARTIN LEES,

    Plaintiffs/Counter-Defendants,

v.

BITTREX, INC., and

    Defendant/Counter-Plaintiff,

STEEMIT, INC.,

    Defendant.

Civil Action No.: 7:20CV00342

-----------------------------------------------------------

BITTREX, INC.,

    Cross-Plaintiff,

v.

STEEMIT, INC.,

    Third-Party Defendant/Counter-Plaintiff.

-----------------------------------------------------------

STEEMIT, INC.,

    Cross-Plaintiff,

v.

JOHN DOES 1-10,

    Third-Party Defendants.

# STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT

IT IS HEREBY STIPULATED, by and among Plaintiffs/Counter-Defendants ("Plaintiffs") and Defendant Steemit, Inc. ("Steemit"), through the undersigned counsel, as follows:

WHEREAS, by order filed March 30, 2022 (the "Order"), the Court granted Bittrex, Inc.'s motion for approval of interpleader bond and judgment of interpleader;

WHEREAS, the Order also granted, in part, Plaintiffs' motion for leave to file an amended complaint to the extent Plaintiffs sought to allege a conversion claim against Steemit;

WHEREAS, Plaintiffs filed their Amended Complaint on April 13, 2022;

WHEREAS, Steemit's response to the Amended Complaint is due April 27, 2022;

WHEREAS, Plaintiffs and Steemit have met and conferred and agree that a thirty-day extension of time to respond is reasonable;

NOW THEREFORE, Plaintiffs and Steemit stipulate and agree, subject to the Court's approval, that Steemit's deadline to respond to the Amended Complaint shall be extended for thirty (30) days, to May 27, 2022.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: _____
                                           Hon. Elizabeth K. Dillon
                                           United States District Judge

| | |
|---|---|
| Dated: April [], 2022<br><br>**DANIEL NOTESTEIN, BLOCKTRADES INTERNATIONAL, LTD., ANDREW CHANEY, SZYMON LAPINSKI, ADAM DODSON, ELMER LIN, DANIEL HENSLEY, MICHAEL WOLF, MATHIEU GAGNON, and MARTIN LEES**<br><br>By: /s/Paul G. Beers<br>    Paul G. Beers (VSB No. 26725)<br>    GLENN, FELDMANN, DARBY & GOODLATTE<br>    37 Campbell Avenue, S.W.<br>    P.O. Box 2887<br>    Roanoke, VA 24001-2887<br>    Phone: (540) 224-8000<br>    Fax: (540) 224-8050<br>    pbeers@glennfeldmann.com<br><br>*Counsel for Plaintiffs* | Dated: April [], 2022<br><br>**STEEMIT, INC.**<br><br>By: /s/ Michael S. Dicke<br>    Michael S. Dicke (Cal. Bar No. 158187)<br>    (admitted *pro hac vice*)<br>    Catherine Kevane (Cal. Bar No. 215501)<br>    (admitted *pro hac vice*)<br>    Jennifer C. Bretan (Cal. Bar. No. 233475)<br>    (admitted *pro hac vice*)<br>    Casey O'Neill (Cal. Bar No. 264406)<br>    (admitted *pro hac vice*)<br>    FENWICK & WEST LLP<br>    555 California Street, 12th Floor<br>    San Francisco, CA 94114<br>    Telephone: (415) 875-2300<br>    Fax: (415) 281-1350<br>    mdicke@fenwick.com<br>    ckevane@fenwick.com<br>    jbretan@fenwick.com<br>    coneill@fenwick.com<br><br>    Michael J. Finney (VSB No. 78484)<br>    GENTRY LOCKE<br>    10 Franklin Road S.E., Suite 900<br>    P.O. Box 40013<br>    Roanoke, Virginia 24022-0013<br>    Phone: (540) 983-9300<br>    Fax: (540) 983-9400<br>    finney@gentrylocke.com<br><br>*Counsel for Steemit, Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of April 2022, a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which provided electronic service to all counsel of record.

/s/ Michael J. Finney