IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

DANIEL NOTESTEIN, BLOCKTRADES
INTERNATIONAL, LTD., ANDREW
CHANEY, SZYMON LAPINSKI, ADAM
DODSON, ELMER LIN, DANIEL HENSLEY,
MICHAEL WOLF, MATHIEU GAGNON, and
MARTIN LEES,

                Plaintiffs/Counter-
                Defendants,

  v.

BITTREX, INC.,

                Defendant/Counter-
                Plaintiff

J. DOES, and

                Defendants

STEEMIT, INC.

                Third-Party
                Defendant

Civil Action No. 7:20-cv-00342

## NOTICE OF RESOLUTION RE AWARD OF INTERPLEADER FEES AND COSTS

    Bittrex, Inc. ("Bittrex"), and Plaintiffs Daniel Notestein, Blocktrades International, Ltd., Andrew Chaney, Szymon Lapinski, Adam Dodson, Elmer Lin, Daniel Hensley, Michael Wolf, Mathieu Gagnon and Martin Lees ("Plaintiffs"), through counsel, inform the Court they have reached agreement on Bittrex's claim for attorney fees and costs in connection with the Court's Order Granting Bittrex's Motion for Approval of Interpleader Bond and Judgment of Interpleader, ECF No. 89.

DATED this 29th day of April, 2022.

WOODS ROGERS PLC

By: *s/ J. Benjamin Rottenborn*
J. Benjamin Rottenborn (VSB No. 84796)
10 South Jefferson Street, Suite 1400
Roanoke, Virginia 24011
Phone: (540) 983-7540
brottenborn@woodsrogers.com

AND

McNAUL EBEL NAWROT & HELGREN PLLC

By: *s/ Claire Martirosian*
Gregory J. Hollon, *Pro Hac Vice*
Claire Martirosian, *Pro Hac Vice*
600 University Street, Suite 2700
Seattle, Washington 98101
Phone: (206) 467-1816
ghollon@mcnaul.com
cmartirosian@mcnaul.com

*Counsel for Defendant Bittrex, Inc.*

GLENN FELDMANN DARBY & GOODLATTE

By: *s/ Paul Graham Beers*
Paul Graham Beers
Glenn Feldmann Darby & Goodlatte
37 Campbell Avenue, SW
Roanoke, VA 24011
Phone: (540) 224-8035
pbeers@glennfeldmann.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

  I, the undersigned, hereby certify that a true and correct copy of the foregoing was served via the CM/ECF system on the individuals listed below on April 29, 2022:

Paul Graham Beers
Glenn Feldmann Darby & Goodlatte
37 Campbell Avenue, S.W.
Roanoke, VA 24011
540-224-8035
Email: pbeers@glennfeldmann.com
*Attorneys for Plaintiffs*

Michael S. Dicke
Casey O'Neill
Catherine Kevane
Jennifer C. Bretan
Fenwick & West LLP
555 California St., FL 12
San Francisco, CA 94104
415-875-2435
Email: mdicke@fenwick.com
   coneill@fenwick.com
   ckevane@fenwick.com
   jbretan@fenwick.com
*Attorneys for Third-Party Defendant Steemit, Inc.*

Michael John Finney
Gentry Locke Rakes & Moore
P.O. Box 40013
Roanoke, VA 24022-0013
540-983-9373
Email: finney@gentrylocke.com
*Attorneys for Third-Party Defendant Steemit, Inc.*

      By: *s/ Claire Martirosian*
        Claire Martirosian, *Pro Hac Vice*
        *Counsel for Defendant Bittrex, Inc.*

WOODS ROGERS PLC
ATTORNEYS AT LAW