# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

DANIEL NOTESTEIN, BLOCKTRADES INTERNATIONAL, LTD., ANDREW CHANEY, SZYMON LAPINSKI, ADAM DODSON, ELMER LIN, DANIEL HENSLEY, MICHAEL WOLF, MATHIEU GAGNON, and MARTIN LEES,

   Plaintiffs/Counter-Defendants,

 v.

BITTREX, INC., and

   Defendant/Counter-Plaintiff,

STEEMIT, INC.,

   Defendant.

Civil Action No.: 7:20CV00342

----------------------------------------------------------

BITTREX, INC.,

   Cross-Plaintiff,

 v.

STEEMIT, INC.,

   Third-Party Defendant/Counter-Plaintiff.

----------------------------------------------------------

STEEMIT, INC.,

   Cross-Plaintiff,

 v.

JOHN DOES 1-10,

   Third-Party Defendants.

## STEEMIT, INC.'S MOTION TO STRIKE PLAINTIFFS' UNTIMELY JURY DEMAND

Defendant Steemit, Inc. ("Steemit"), by counsel, pursuant to Rules 38 and 39 of the Federal Rules of Civil Procedure, and in accordance with Local Civil Rule 11, files this Motion to Strike Plaintiffs' Untimely Jury Demand. As explained in Steemit's Memorandum in Support, the Court should strike Plaintiffs jury demand from the Amended Complaint, (ECF No. 93), because Plaintiffs failed to timely demand a jury trial, *see* Fed. R. Civ. P. 38(b), and have therefore waived the opportunity to do so now. Fed. R. Civ. P. 38(d).

WHEREFORE, for these reasons – and for the reasons stated in its Memorandum in Support – Steemit respectfully requests that the Court: (1) grant this Motion to Strike Plaintiffs' Untimely Jury Demand; (2) strike the jury demand from Plaintiffs' Amended Complaint; (3) determine that no jury trial should be permitted in this action; and (4) award Steemit such further relief as the Court deems appropriate.

- 3 -

Dated: May 27, 2022 Respectfully submitted,

**STEEMIT, INC.**

By: /s/ Michael J. Finney

    Michael S. Dicke (Cal. Bar No. 158187)
    *(admitted pro hac vice)*
    Catherine Kevane (Cal. Bar No. 215501)
    *(admitted pro hac vice)*
    Jennifer C. Bretan (Cal. Bar. No. 233475)
    (*admitted pro hac vice)*
    Casey O'Neill (Cal. Bar No. 264406)
    *(admitted pro hac vice)*
    FENWICK & WEST LLP
    555 California Street, 12th Floor
    San Francisco, CA 94114
    Telephone: (415) 875-2300
    Fax: (415) 281-1350
    mdicke@fenwick.com
    ckevane@fenwick.com
    jbretan@fenwick.com
    coneill@fenwick.com

    Michael J. Finney (VSB No. 78484)
    GENTRY LOCKE
    10 Franklin Road S.E., Suite 900
    P.O. Box 40013
    Roanoke, Virginia 24022-0013
    Phone: (540) 983-9300
    Fax: (540) 983-9400
    finney@gentrylocke.com

    *Counsel for Steemit, Inc.*

- 4 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of May 2022, a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which provided electronic service to all counsel of record.

                                                  /s/ Michael J. Finney