UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

DANIEL NOTESTEIN, BLOCKTRADES
INTERNATIONAL, LTD., ANDREW
CHANEY, SZYMON LAPINSKI, ADAM
DODSON, ELMER LIN, DANIEL
HENSLEY, MICHAEL WOLF, MATHIEU
GAGNON, and MARTIN LEES,

        Plaintiffs/Counter-Defendants,

  v.

        Civil Action No.: 7:20CV00342

STEEMIT, INC.,

        Defendant.
---------------------------------------------------------

BITTREX, INC.,

        Cross-Plaintiff,
  v.

STEEMIT, INC.,

        Third-Party Defendant
---------------------------------------------------------

### ORDER REGARDING SETTLEMENT AND DISBURSEMENT OF INTERPLEADER RES

In connection with the Settlement Conference ordered by the Court (Dkt. No. 112), Daniel Notestein, Blocktrades International, Ltd., Andrew Chaney, Szymon Lapinsky, Adam Dodson, Elmer Lin, Daniel Hensley, Michael Wolf, Mathieu Gagnon, and Martin Lees (collectively, "Plaintiffs") and Steemit, Inc. ("Steemit") have entered into a settlement agreement that resolves their remaining disputes in this proceeding, specifically: (1) the interpleader action initiated by Bittrex, Inc. ("Bittrex") as to 8,752,313.006 of STEEM and 294.207 SBD (collectively, the "Disputed Steem") and (2) Plaintiffs' conversion claim alleged against Steemit related to the Disputed Steem.

Based on the settlement agreed to by Plaintiffs and Steemit, and otherwise for good cause shown, it is HEREBY ORDERED that:

1. Bittrex is ORDERED to release and return 8,752,313.006 of STEEM and 294.207 of SBD to Plaintiffs, as directed by Plaintiffs, as soon as practicable, but no later than twenty-one (21) days, following entry of this Order. Counsel for Bittrex and counsel for Plaintiffs shall coordinate as to this disbursement.

2. Subject to written agreement of the Plaintiffs and Bittrex, the time provided for disbursement may be extended up to fourteen (14) days without further Court order.

3. Once Plaintiffs and Bittrex agree that the above disbursements have been completed in compliance with this Order, Bittrex shall file a Notice to this effect.

4. Within ten (10) days of the above Notice being filed by Bittrex, Plaintiffs and Steemit shall submit an agreed order dismissing the Action in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), with the Court to retain jurisdiction solely for purposes of enforcing this Settlement Agreement.

5. In light of the release of the Disputed Steem to Plaintiffs as reflected herein, upon the filing of the above Notice or the bond's expiration on April 1, 2023, whichever occurs first: (i) Bittrex shall be relieved from any further obligation to post or maintain an interpleader bond as set forth in Section 2 of the Court's Order on Bittrex's Motion for Approval of Interpleader Bond and Judgment of Interpleader (Dkt. No. 89) (the "Interpleader Order"); and (ii) the obligations under posted Interpleader Bond No. SU1181409 (*see* Dkt. No. 90) shall be void. The injunction issued by the Court in Section 6 of the Interpleader Order shall remain in full force and effect and shall be permanent with respect to any claims arising out of or related to the Disputed Steem.

Entered: March 7, 2023.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge