IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

DANIEL NOTESTEIN, BLOCKTRADES
INTERNATIONAL, LTD., ANDREW
CHANEY, SZYMON LAPINSKI, ADAM
DODSON, ELMER LIN, DANIEL HENSLEY,
MICHAEL WOLF, MATHIEU GAGNON, and
MARTIN LEES,

      Plaintiffs/Counter-Defendants,

v.

BITTREX, INC.,

      Defendant/Counter-Plaintiff

J. DOES, and

      Defendants

STEEMIT, INC.

      Third-Party Defendant

Civil Action No. 7:20-cv-00342

## NOTICE OF DISBURSEMENT

Pursuant to Paragraph 3 of the Court's March 7, 2023 Order Regarding Settlement and Disbursement of Interpleader Res, Bittrex, Inc. hereby notifies the Court and the Parties that Bittrex has disbursed the disputed funds consisting of 8,752,313.006 Steem and 294.207 SBD to Plaintiffs in the manner directed by Plaintiffs.

DATED this 28th day of March, 2023.

Respectfully submitted,

McNAUL EBEL NAWROT & HELGREN PLLC

By: s/ Claire Martirosian
      Gregory J. Hollon, *Pro Hac Vice*
      Claire Martirosian, *Pro Hac Vice*
      600 University Street, Suite 2700
      Seattle, Washington 98101
      Phone: (206) 467-1816
      ghollon@mcnaul.com
      cmartirosian@mcnaul.com

AND

WOODS ROGERS PLC

    J. Benjamin Rottenborn (VSB No. 84796)
    10 South Jefferson Street, Suite 1400
    Roanoke, Virginia 24011
    Phone: (540) 983-7540
    brottenborn@woodsrogers.com

*Counsel for Defendant Bittrex, Inc.*

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that a true and correct copy of the foregoing was served via the CM/ECF system on the individuals listed below on March 28, 2023:

Paul Graham Beers
Glenn Feldmann Darby & Goodlatte
37 Campbell Avenue, S.W.
Roanoke, VA 24011
540-224-8035
Email: pbeers@glennfeldmann.com
*Attorneys for Plaintiffs*

Michael S. Dicke
Casey O'Neill
Catherine Kevane
Jennifer C. Bretan
Fenwick & West LLP
555 California St., FL 12
San Francisco, CA 94104
415-875-2435
Email: mdicke@fenwick.com
        coneill@fenwick.com
        ckevane@fenwick.com
        jbretan@fenwick.com
*Attorneys for Third-Party Defendant Steemit, Inc.*

Michael John Finney
Gentry Locke Rakes & Moore
P.O. Box 40013
Roanoke, VA 24022-0013
540-983-9373
Email: finney@gentrylocke.com
*Attorneys for Third-Party Defendant Steemit, Inc.*

                      By: s/ Claire Martirosian
                            Claire Martirosian, *Pro Hac Vice*
                            *Counsel for Defendant Bittrex, Inc.*

WOODS ROGERS PLC
ATTORNEYS AT LAW